GEORGE HERBERT, APPELLANT, v. NEWARK HARDWARE AND PLUMBING SUPPLY COMPANY, RESPONDENT.

Submitted October 30, 1931—Decided May 16, 1932.

For the appellant, *Sara M. Lewitt.*

For the respondent, *John C. Paul.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Parker in the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, LLOYD, CASE, DONGES, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, KERNEY, JJ. 11.

*For reversal*—None.